

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00636-CV

**THE STATE OF TEXAS,**
Appellant

v.

Luis Alberto **GONZALEZ**; Forty Five Thousand and Eight Hundred Ten and 10/100ths
(45,810.10) Dollars in US,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVJ000512D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On December 4, 2019, the State filed an "Unopposed Motion to Supplement the Clerk's Record," stating the clerk's record is incomplete because the following exhibits to its "Plaintiff's First Amended Response to Respondent's Traditional Motion for Summary Judgment" are missing:

- Exhibit E - Affidavit of Lt. Andy Vera and Bond Documents from Webb County Jail
- Exhibit K – Transcript of Motion to Strike hearing (8/26/2019)
- Exhibit L – Transcript of Motion for New Trial hearing from Cause No. 2018CV J001515D2
- Exhibit M – Respondent's Response to Plaintiff's Motion for New Trial and Respondent's Motion for Sanctions against Plaintiff
- Exhibit N – Affidavit of Michael Wu and CLEAR search results
- Exhibit P – Texas Center for Ethics Opinion 575
- Exhibit Q - Appellee's Brief from Villarreal Case
- Exhibit R – Letter from Martinez to DA's Office
- Exhibit S – Email from Martinez to DA's Office
- Exhibit T – Interview with Respondent and Martinez
- Exhibit U – Affidavit of Inv. Carlos Longoria

A review of the clerk's record confirms these items are missing. Accordingly, we **GRANT** the State's motion and **ORDER** the Webb County district clerk to file a supplemental clerk's record in this court **by December 27, 2019** with a copy of the above listed items. Because the appellate record is incomplete, no deadline currently exists for the State to file its brief. *See* TEX. R. APP. P. 38.6(a).

_____
Beth Watkins, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court